**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| LEE CHRISTAKIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANCORP, GREG D. CARMICHAEL, and TAYFUN TUZUN,<br><br>Defendants. | Case No. 1:20-cv-02176<br><br>CLASS ACTION<br><br>Honorable Andrea R. Wood |

**DECLARATION OF CAROL V. GILDEN IN SUPPORT OF MOTION OF YORAM EILON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Carol V. Gilden, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a member in good standing of the Bar of this Court, and a partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), liaison counsel for proposed Lead Plaintiff Yoram Eilon ("Movant"),

2.      I make this Declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I am informed and believe that the matters stated herein are true and correct and, if called upon, I could and would competently testify thereto.

3.      Attached hereto as Exhibit A is a true and correct copy of the certification signed by Movant attesting to his transactions in Fifth Third Bancorp ("Fifth Third" or the "Company") securities during the Class Period.

4.      Attached hereto as Exhibit B is a true and correct copy of loss chart detailing the losses of Movant.

5.      Attached hereto as Exhibit C is a true and correct copy of the press release announcing the filing of the above-captioned actions, which was filed in this Court on April 7, 2020.

6.      Attached hereto as Exhibit D are true and correct copies of the firm résumés of Levi & Korsinsky, LLP and Cohen Milstein.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: June 8, 2020                                   Respectfully submitted,

/s/ *Carol V. Gilden*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (Bar No. 6185530)
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
Tel.: 312-357-0370
Fax: 312-357-0369
cgilden@cohenmilstein.com

*Liaison Counsel for Movant and [Proposed]*
*Liaison Counsel for the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins*
1111 Summer Street, Suite 403
Stamford, CT 06905
Phone: (203) 992-4523
shopkins@zlk.com

*pro hac vice to be submitted

*Counsel for Movant and [Proposed] Lead Counsel*
*for the Class*

## CERTIFICATE OF SERVICE

I, Carol V. Gilden, the undersigned attorney, hereby certify that on the 8th day of June, 2020, I caused to be served a copy of the within and **Declaration Of Carol V. Gilden In Support Of Motion Of Yoram Eilon For Appointment As Lead Plaintiff And Approval Of Selection Of Counsel** via the Court's CM/ECF system, on all counsel of record.

/s/ *Carol V. Gilden*
Carol V. Gilden

3