# EXHIBIT A

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Yoram Eilon , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Great Neck, NY, USA and have a B.S. in Civil Engineering. I am currently employed as Self-Employed and have been investing in securities for 17 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Fifth Third Bancorp which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this May 14, 2020 .

Name: Yoram Eilon

Signed:

| Case Name | Fifth Third Bancorp |
| Ticker | FITB |
| Class Period | 02-26-2016 to 03-06-2020 |

| Client Name |
| Yoram Eilon |

| Date of Transaction | Transaction Type | Quantity | Price per Security |
| --- | --- | --- | --- |
| 05-21-2018 | P | 2589 | $ 30.94 |
| 12-31-2018 | S | -423 | $ 23.32 |