# EXHIBIT B

| | |
|---|---|
| **Client Name** | Yoram Eilon |
| **Company Name** | Fifth Third Bancorp |
| **Ticker Symbol** | FITB |
| **Security Type** | |
| **Class Period Start** | 02-26-2016 |
| **Class Period End** | 03-06-2020 |
| **90-DAY Lookback Period Start** | 03-07-2020 |
| **90-DAY Lookback Period End** | 06-04-2020 |
| **90-DAY Lookback Average** | $ 16.87 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $33,417.30 |
| *DURA LIFO* Total* | $30,194.04 |
| **Gross Shares Purchased** | 2,589.00 |
| **Net Shares Retained** | 2,166.00 |
| **Net Funds Expended** | $ 70,239.30 |

### Yoram Eilon

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 05-21-2018 | 423 | $30.94 | $ 13,087.62 | 12-31-2018 | 423 | | $ 23.32 | $ 9,864.36 | - | - | - | $ 16.87 | | $ 3,223.26 | |
| 05-21-2018 | 2166 | $30.94 | $ 67,016.04 | 04-21-2020 | | 2166 | $ 17.00 | | $ 36,822.00 | 2166 | - | $ 16.87 | | $ 30,194.04 | $ 30,194.04 |
| **Total:** | **2,589.00** | | **$ 80,103.66** | | **423.00** | **2166** | | **$ 9,864.36** | **$36,822** | **2,166.00** | | | | **$ 33,417.30** | **$ 30,194.04** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure(s) matched to intra-class period purchases.