**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LEE CHRISTAKIS, Individually and On Behalf of All Other Similarly Situated,<br><br>             Plaintiff,<br><br>     v.<br><br>FIFTH THIRD BANCORP, GREG D. CARMICHAEL, and TAYFUN TUZUN,<br><br>             Defendants. | Case No.:  1:20-cv-02176 (SLE) |

**DECLARATION OF ANTHONY F. FATA IN SUPPORT OF THE MOTION OF THE HINS FAMILY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL**

I, Anthony F. Fata, hereby declare as follows:

1.      I am a partner in Cafferty Clobes Meriwether & Sprengel LLP, liaison counsel for Lead Plaintiff Movant Darlyne and James Hins (the "Hins Family" or "Movant").

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion to appoint Movant to serve as Lead Plaintiff on behalf of the putative class in the above captioned action and to approve Movant's selection of the law firms of Kirby McInerney LLP as Lead Counsel and Cafferty Clobes Meriwether & Sprengel LLP as Liaison Counsel. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A: Press release published April 7, 2020, on *Globe Newswire*, announcing the pendency of the action filed by Pomerantz LLP against Defendants herein.

Exhibit B: Certifications of the Hins Family.

Exhibit C: Table of the calculated losses incurred by the Hins Family as a result of transactions in Fifth Third Bancorp securities.

Exhibit D: Firm resume of Kirby McInerney LLP.

Exhibit E: Firm resume of Cafferty Clobes Meriwether & Sprengel LLP.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed on June 8, 2020.

/s/ *Anthony F. Fata*
Anthony F. Fata

1