# EXHIBIT C

| | | | | | | | | | Mr. and Ms. Hins' Summary (LIFO) in Fifth Third Bancorp<br>Class Period: February 26, 2016 - March 6, 2020 |
|---|---|---|---|---|---|---|---|---|---|
| Account | Pre-Class Period Holdings | Class Period Purchases | Purchase Expenditures | Class Period Sales | Class Period Proceeds | Shares Sold in 90 Day | Proceeds in 90 Day | Shares Retained after 90 Day | Value of Shares Retained after 90 Day[1] | Damages/ Gain |
| Mr. Hins Account 1 | 0 | 35,000 | $1,079,000.00 | 30,000 | $853,950.50 | 0 | $0.00 | 5,000 | $84,369.36 | $ (140,680.14) |
| Mr. Hins Account 2 | 0 | 1,100 | $33,770.00 | 0 | $0.00 | 0 | $0.00 | 1,100 | $18,561.26 | $ (15,208.74) |
| Ms. Hins Account 1 | 0 | 1,900 | $58,330.00 | 0 | $0.00 | 0 | $0.00 | 1,900 | $32,060.36 | $ (26,269.64) |
| Total | 0 | 38,000 | $1,171,100.00 | 30,000 | $853,950.50 | 0 | $0.00 | 8,000 | $134,990.97 | $ (182,158.53) |

1. Pursuant to 15 U.S.C. § 78u-4(e), shares held 90 days after the end of the Class Period are valued at the average closing price during the 90 days following the corrective disclosure. As such, the shares were valued at the average closing price between during the period from March 7, 2020 through June 4, 2020 -- $16.87.