UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEE CHRISTAKIS, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:20-cv-02176 |
| Plaintiff, | |
| v. | CLASS ACTION |
| FIFTH THIRD BANCORP, GREG D. CARMICHAEL, and TAYFUN TUZUN, | Hon. Sara L. Ellis |
| Defendants. | |

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF
MOTION OF THE FIFTH THIRD INVESTOR GROUP FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Ken O'Shell, Larry and Anne Focht, and Joseph Esner (collectively, the "Fifth Third Investor Group"), and have personal knowledge of the facts set forth herein.

2. I make this Declaration in support of the Fifth Third Investor Group's motion for appointment as Lead Plaintiff for the Class and approval of its selection of Pomerantz as Lead Counsel for the Class.

3. Attached hereto as the exhibits indicated are copies of the following:

Exhibit A: Loss chart of the Fifth Third Investor Group;

Exhibit B: Press release published over *Globe Newswire*, announcing the pendency of the above-captioned action;

Exhibit C: Shareholder Certifications executed by the members of the Fifth Third Investor Group;

Exhibit D: Joint Declaration executed by the members of the Fifth Third Investor Group; and

Exhibit E: Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 8, 2020, at Flushing, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman