# EXHIBIT A

**Fifth Third Bancorp ("FITB")**
**Class Period: February 26, 2016 to March 6, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $16.8561 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| O'Shell, Ken | 2/27/2020 | 1,000 | $25.5000 | ($25,500) | 4/17/2020 | (1,400) | $15.4962 | $21,695 | | | |
| O'Shell, Ken | 3/6/2020 | 200 | $23.1300 | ($4,626) | | | | | | | |
| O'Shell, Ken | 3/6/2020 | 200 | $23.0900 | ($4,618) | | | | | | | |
| **O'Shell, Ken** | | **1,400** | | **($34,744)** | | **(1,400)** | | **$21,695** | **1,400** | **$0** | **($13,049)** |
| | | | | | | | | | | | |
| Larry K. & Anne P. Focht | | | | | | | | | | | |
| Larry K. & Anne P. Focht Joint Account | 4/18/2016 | 32.2550 | $17.7513 | ($573) | | | | | | | |
| Larry K. & Anne P. Focht Joint Account | 7/12/2016 | 32.3440 | $17.8323 | ($577) | | | | | | | |
| Larry K. & Anne P. Focht Joint Account | 10/12/2016 | 28.4370 | $20.4298 | ($581) | | | | | | | |
| Larry K. & Anne P. Focht Joint Account | 1/11/2017 | 23.3910 | $26.9183 | ($630) | | | | | | | |
| Larry K. & Anne P. Focht Joint Account | 4/11/2017 | 25.7680 | $24.5626 | ($633) | | | | | | | |
| Larry K. & Anne P. Focht Joint Account | 7/12/2017 | 24.4140 | $26.0719 | ($637) | | | | | | | |
| Larry K. & Anne P. Focht Joint Account | 10/12/2017 | 25.9630 | $28.1692 | ($731) | | | | | | | |
| Larry K. & Anne P. Focht Joint Account | 1/11/2018 | 23.2010 | $31.7020 | ($736) | | | | | | | |
| Larry K. & Anne P. Focht Joint Account | 4/12/2018 | 22.9910 | $32.1528 | ($739) | | | | | | | |
| **Larry K. & Anne P. Focht Joint Account** | | **239** | | **($5,835)** | | | | | **239** | **$4,025** | **($1,811)** |
| | | | | | | | | | | | |
| Focht, Larry K. - Account 1 | 4/21/2016 | 0.2070 | $18.5464 | ($4) | | | | | | | |
| Focht, Larry K. - Account 1 | 7/15/2016 | 0.2100 | $18.4337 | ($4) | | | | | | | |
| Focht, Larry K. - Account 1 | 10/17/2016 | 0.1970 | $19.7294 | ($4) | | | | | | | |
| Focht, Larry K. - Account 1 | 1/17/2017 | 0.1620 | $25.9916 | ($4) | | | | | | | |
| Focht, Larry K. - Account 1 | 4/17/2017 | 0.1740 | $24.4115 | ($4) | | | | | | | |
| Focht, Larry K. - Account 1 | 7/17/2017 | 0.1630 | $26.1252 | ($4) | | | | | | | |
| Focht, Larry K. - Account 1 | 10/16/2017 | 0.1740 | $28.1367 | ($5) | | | | | | | |
| Focht, Larry K. - Account 1 | 11/22/2017 | 430 | $28.4800 | ($12,246) | | | | | | | |
| Focht, Larry K. - Account 1 | 1/16/2018 | 0.1520 | $32.4299 | ($5) | | | | | | | |
| Focht, Larry K. - Account 1 | 4/16/2018 | 0.1580 | $31.3607 | ($5) | | | | | | | |
| Focht, Larry K. - Account 1 | 7/16/2018 | 0.1900 | $29.4170 | ($6) | | | | | | | |
| Focht, Larry K. - Account 1 | 10/15/2018 | 0.2100 | $26.7993 | ($6) | | | | | | | |
| Focht, Larry K. - Account 1 | 1/15/2019 | 0.2730 | $25.3179 | ($7) | | | | | | | |
| Focht, Larry K. - Account 1 | 4/15/2019 | 0.2560 | $27.3027 | ($7) | | | | | | | |
| Focht, Larry K. - Account 1 | 7/15/2019 | 0.2750 | $27.9266 | ($8) | | | | | | | |
| Focht, Larry K. - Account 1 | 10/15/2019 | 0.2820 | $27.3832 | ($8) | | | | | | | |
| Focht, Larry K. - Account 1 | 1/15/2020 | 0.2650 | $29.4311 | ($8) | | | | | | | |
| **Focht, Larry K. - Account 1** | | **433** | | **($12,334)** | | | | | **433** | **$7,305** | **($5,029)** |
| | | | | | | | | | | | |
| **Focht, Larry K. - Account 2** | 2/28/2020 | 150 | $24.1900 | ($3,629) | | | | | **150** | **$2,528** | **($1,100)** |
| | | | | | | | | | | | |
| Focht, Anne P. | 4/21/2016 | 0.0760 | $18.5464 | ($1) | | | | | | | |
| Focht, Anne P. | 7/15/2016 | 0.0770 | $18.4337 | ($1) | | | | | | | |
| Focht, Anne P. | 10/17/2016 | 0.0730 | $19.7294 | ($1) | | | | | | | |
| Focht, Anne P. | 1/17/2017 | 0.0600 | $25.9916 | ($2) | | | | | | | |
| Focht, Anne P. | 4/17/2017 | 0.0650 | $24.4115 | ($2) | | | | | | | |
| Focht, Anne P. | 7/17/2017 | 0.0610 | $26.1252 | ($2) | | | | | | | |
| Focht, Anne P. | 10/16/2017 | 0.0650 | $28.1367 | ($2) | | | | | | | |
| Focht, Anne P. | 1/16/2018 | 0.0560 | $32.4299 | ($2) | | | | | | | |
| Focht, Anne P. | 4/16/2018 | 0.0590 | $31.3607 | ($2) | | | | | | | |
| Focht, Anne P. | 7/16/2018 | 0.0710 | $29.4170 | ($2) | | | | | | | |
| Focht, Anne P. | 10/15/2018 | 0.0780 | $26.7993 | ($2) | | | | | | | |
| Focht, Anne P. | 1/15/2019 | 0.1010 | $25.3179 | ($3) | | | | | | | |
| Focht, Anne P. | 4/15/2019 | 0.0950 | $27.3027 | ($3) | | | | | | | |
| Focht, Anne P. | 7/15/2019 | 0.1020 | $27.9266 | ($3) | | | | | | | |
| Focht, Anne P. | 10/15/2019 | 0.1050 | $27.3832 | ($3) | | | | | | | |
| Focht, Anne P. | 1/15/2020 | 0.0980 | $29.4311 | ($3) | | | | | | | |
| **Focht, Anne P.** | | **1** | | **($32)** | | | | | **1** | **$21** | **($12)** |

*Avg Closing Prices from March 9 to June 4

**Fifth Third Bancorp ("FITB")**
**Class Period: February 26, 2016 to March 6, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $16.8561 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Larry and Anne Focht** | | **823** | | **(21,830)** | | | | | **823** | | **($7,952)** |
| **Esner, Joseph** | **8/26/2019** | **500** | **$25.3400** | **($12,670)** | | | | | **500** | **$8,428** | **($4,242)** |
| Summary | | | | | | | | | | | |
| O'Shell, Ken | | 1,400 | | ($34,744) | | (1,400) | | $21,695 | 1,400 | | ($13,049) |
| Larry and Anne Focht | | 823 | | ($21,830) | | 0 | | $0 | 823 | | ($7,952) |
| Esner, Joseph | | 500 | | ($12,670) | | 0 | | $0 | 500 | | ($4,242) |
| **Total** | | **2,723** | | **($69,244)** | | **(1,400)** | | **$21,695** | **2,723** | | **($25,243)** |

*Avg Closing Prices from March 9 to June 4