# EXHIBIT C

**Submission Date**

2020-04-21 08:13:10

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.  I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Fifth Third Bancorp ("Fifth Third" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.   I did not purchase or acquire Fifth Third securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Fifth Third securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Fifth Third securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

# Name

**Print Name**

Ken O'Shell

**Signature**



**Full Name**

Ken O'Shell





**Fifth Third Bancorp ("FITB")**                                                                 **O'Shell, Ken**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 2/27/2020 | 1,000 | $25.5000 |
| Purchase | 3/6/2020 | 200 | $23.1300 |
| Purchase | 3/6/2020 | 200 | $23.0900 |

**Submission Date**

2020-04-21 14:33:05

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Fifth Third Bancorp ("Fifth Third" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire Fifth Third securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Fifth Third securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Fifth Third securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

# Name

**Print Name**

Larry Focht

**Signature**



**Full Name**

Larry  K. Focht





**Submission Date**

2020-04-22 08:15:53

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.  I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Fifth Third Bancorp ("Fifth Third" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.  I did not purchase or acquire Fifth Third securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Fifth Third securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Fifth Third securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.

# Name

**Print Name**

Anne Focht

**Signature**



**Full Name**

Anne  P. Focht





**Fifth Third Bancorp ("FITB")**                                         **Larry and Anne Focht**

**List of Purchases and Sales**

| Account | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Larry K. & Anne P. Focht Joint Account | Purchase | 4/18/2016 | 32.2550 | $17.7513 |
| Larry K. & Anne P. Focht Joint Account | Purchase | 7/12/2016 | 32.3440 | $17.8323 |
| Larry K. & Anne P. Focht Joint Account | Purchase | 10/12/2016 | 28.4370 | $20.4298 |
| Larry K. & Anne P. Focht Joint Account | Purchase | 1/11/2017 | 23.3910 | $26.9183 |
| Larry K. & Anne P. Focht Joint Account | Purchase | 4/11/2017 | 25.7680 | $24.5626 |
| Larry K. & Anne P. Focht Joint Account | Purchase | 7/12/2017 | 24.4140 | $26.0719 |
| Larry K. & Anne P. Focht Joint Account | Purchase | 10/12/2017 | 25.9630 | $28.1692 |
| Larry K. & Anne P. Focht Joint Account | Purchase | 1/11/2018 | 23.2010 | $31.7020 |
| Larry K. & Anne P. Focht Joint Account | Purchase | 4/12/2018 | 22.9910 | $32.1528 |
| | | | | |
| Focht, Larry K. - Account 1 | Purchase | 4/21/2016 | 0.2070 | $18.5464 |
| Focht, Larry K. - Account 1 | Purchase | 7/15/2016 | 0.2100 | $18.4337 |
| Focht, Larry K. - Account 1 | Purchase | 10/17/2016 | 0.1970 | $19.7294 |
| Focht, Larry K. - Account 1 | Purchase | 1/17/2017 | 0.1620 | $25.9916 |
| Focht, Larry K. - Account 1 | Purchase | 4/17/2017 | 0.1740 | $24.4115 |
| Focht, Larry K. - Account 1 | Purchase | 7/17/2017 | 0.1630 | $26.1252 |
| Focht, Larry K. - Account 1 | Purchase | 10/16/2017 | 0.1740 | $28.1367 |
| Focht, Larry K. - Account 1 | Purchase | 11/22/2017 | 430 | $28.4800 |
| Focht, Larry K. - Account 1 | Purchase | 1/16/2018 | 0.1520 | $32.4299 |
| Focht, Larry K. - Account 1 | Purchase | 4/16/2018 | 0.1580 | $31.3607 |
| Focht, Larry K. - Account 1 | Purchase | 7/16/2018 | 0.1900 | $29.4170 |
| Focht, Larry K. - Account 1 | Purchase | 10/15/2018 | 0.2100 | $26.7993 |
| Focht, Larry K. - Account 1 | Purchase | 1/15/2019 | 0.2730 | $25.3179 |
| Focht, Larry K. - Account 1 | Purchase | 4/15/2019 | 0.2560 | $27.3027 |
| Focht, Larry K. - Account 1 | Purchase | 7/15/2019 | 0.2750 | $27.9266 |
| Focht, Larry K. - Account 1 | Purchase | 10/15/2019 | 0.2820 | $27.3832 |
| Focht, Larry K. - Account 1 | Purchase | 1/15/2020 | 0.2650 | $29.4311 |
| | | | | |
| Focht, Larry K. - Account 2 | Purchase | 2/28/2020 | 150.0000 | $24.1900 |
| | | | | |
| Focht, Anne P. | Purchase | 4/21/2016 | 0.0760 | $18.5464 |
| Focht, Anne P. | Purchase | 7/15/2016 | 0.0770 | $18.4337 |
| Focht, Anne P. | Purchase | 10/17/2016 | 0.0730 | $19.7294 |
| Focht, Anne P. | Purchase | 1/17/2017 | 0.0600 | $25.9916 |
| Focht, Anne P. | Purchase | 4/17/2017 | 0.0650 | $24.4115 |
| Focht, Anne P. | Purchase | 7/17/2017 | 0.0610 | $26.1252 |
| Focht, Anne P. | Purchase | 10/16/2017 | 0.0650 | $28.1367 |
| Focht, Anne P. | Purchase | 1/16/2018 | 0.0560 | $32.4299 |
| Focht, Anne P. | Purchase | 4/16/2018 | 0.0590 | $31.3607 |
| Focht, Anne P. | Purchase | 7/16/2018 | 0.0710 | $29.4170 |
| Focht, Anne P. | Purchase | 10/15/2018 | 0.0780 | $26.7993 |
| Focht, Anne P. | Purchase | 1/15/2019 | 0.1010 | $25.3179 |
| Focht, Anne P. | Purchase | 4/15/2019 | 0.0950 | $27.3027 |
| Focht, Anne P. | Purchase | 7/15/2019 | 0.1020 | $27.9266 |
| Focht, Anne P. | Purchase | 10/15/2019 | 0.1050 | $27.3832 |
| Focht, Anne P. | Purchase | 1/15/2020 | 0.0980 | $29.4311 |

**Submission Date**

2020-04-14 07:39:51

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.  I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Fifth Third Bancorp ("Fifth Third" or the "Company") and authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3.  I did not purchase or acquire Fifth Third securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Fifth Third securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Fifth Third securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.

# Name

**Print Name**

Joseph Esner

**Signature**

4/16/20, 10:30 PM



**Full Name**

Joseph  Esner





**Fifth Third Bancorp ("FITB")**                                                                 **Esner, Joseph**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 8/26/2019 | 500 | $25.3400 |