## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Lee Christakis

                    Plaintiff,

v.                                                    Case No.: 1:20–cv–02176
                                                      Honorable Sara L. Ellis

Fifth Third Bancorp, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: The Court strikes the status date set for 6/25/2020 and resets it to 7/15/2020 at 9:45 a.m. (via telephone) where the Court will rule on the three motions for appointment as lead plaintiff and approval of lead plaintiff's selection of lead counsel [11, 20, 23]. The Court grants the Hins Family's motion to withdraw its motion for appointment as lead plaintiff and approval of lead plaintiff's selection of lead counsel [37]. The Court grants the parties' motion to extend time, adjourn the initial status conference, and enter stipulated order [36]. The Court will set a date for the filing of the initial joint status report at the next status hearing. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call–in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing. The call–in number is (866) 434–5269 and the access code is 8087837. Counsel of record will receive an email the morning of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.