## INDEX OF EXHIBITS

| Exhibit | Exhibit Description |
|:---:|---|
| A | Pemberton Complaint |
| B | Pemberton Civil Cover Sheet |
| C | Meyer Complaint & Civil Cover Sheet |