**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HEAVY & GENERAL LABORERS' LOCAL 472 & 172 PENSION AND ANNUITY FUNDS et al., individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 1:20-cv-02176 |
| v. | |
| FIFTH THIRD BANCORP, GREG D. CARMICHAEL, and TAYUN TUZUN, | District Judge Sara L. Ellis |
| Defendants. | |

| | |
|---|---|
| STEPHEN PEMBERTON, derivatively on behalf of Fifth Third Bancorp, | |
| Plaintiff, | Case No. 1:20-cv-04115 |
| v. | |
| GREG D. CARMICHAEL, TAYFUN TUZUN, NICHOLAS K. AKINS, JORGE L. BENITEZ, KATHERINE B. BLACKBURN, EMERSON L. BRUMBACK, JERRY W. BURRIS, C. BRYAN DANIELS, THOMAS H. HARVEY, GARY R. HEMINGER, JEWELL D. HOOVER, EILEEN A. MALLESCH, MICHAEL B. MCCALLISTER, and MARSHA C. WILLIAMS, | District Judge Joan B. Gottschall |
| Defendants, | |
| and | |
| FIFTH THIRD BANCORP, Nominal Defendant. | |

VINCE G. MEYER, AS TRUSTEE OF THE
VINCE G. MEYER TRUST, derivatively on behalf
of Fifth Third Bancorp,

        Plaintiff,

    v.

GREG D. CARMICHAEL, TAYFUN TUZUN,
NICHOLAS K. AKINS, JORGE L. BENITEZ,
KATHERINE B. BLACKBURN, EMERSON L.
BRUMBACK, JERRY W. BURRIS, C. BRYAN
DANIELS, THOMAS H. HARVEY, GARY R.
HEMINGER, JEWELL D. HOOVER, EILEEN A.
MALLESCH, MICHAEL B. MCCALLISTER, and
MARSHA C. WILLIAMS,

        Defendants,

        and

FIFTH THIRD BANCORP, Nominal Defendant.

Case No. 1:20-cv-04244

District Judge Robert M. Dow Jr.

### NOTICE OF AGREED MOTION TO REASSIGN
### RELATED CASES TO THE HONORABLE SARA L. ELLIS

**PLEASE TAKE NOTICE** that on Tuesday, July 28, 2020, at 9:30 a.m., or as soon

thereafter as counsel may be heard, Defendants Greg D. Carmichael, Tayfun Tuzun, Nicholas K.

Akins, Jorge L. Benitez, Katherine B. Blackburn, Emerson L. Brumback, Jerry W. Burris, C.

Bryan Daniels, Thomas H. Harvey, Gary R. Heminger, Jewell D. Hoover, Eileen A. Mallesch,

Michael B. McCallister, and Marsha C. Williams and Defendant and Nominal Defendant Fifth

Third Bancorp, through their counsel, will appear before Judge Sara L. Ellis, or any judge sitting

in her stead in Room 1403 of the United States District Court, Northern District of Illinois, Eastern

Division at 219 S. Dearborn, Chicago, Illinois, and then and there present Defendants' Agreed

Motion to Reassign Related Cases to the Honorable Sara L. Ellis.

Respectfully submitted by:

*/s/*  Charles F. Smith
Charles F. Smith
Marcella L. Lape
Katherine Morgan
Daniel Scime
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 407-0700
Marcie.lape@skadden.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that that a copy of the foregoing Notice of Agreed Motion to Reassign Related Cases to the Honorable Sara L. Ellis was filed on July 23, 2020, with the Clerk of Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system and that a copy of the foregoing was sent to Plaintiffs' counsel in *Pemberton v. Carmichael*, 20-cv-4115, and *Meyer v. Carmichael*, 20-cv-4244, via electronic mail and first class mail the same day.

/s/  Charles F. Smith
Charles F. Smith
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 407-0700
Charles.smith@skadden.com

*Counsel for Defendants*