## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Lee Christakis, et al.

                                    Plaintiff,

v.                                                      Case No.: 1:20−cv−02176
                                                        Honorable Sara L. Ellis

Fifth Third Bancorp, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 27, 2020:

          MINUTE entry before the Honorable Sara L. Ellis: Agreed motion to reassign related cases Pemberton v. Carmichael 20−cv−4115 and Meyer v. Carmichael 20−cv−4244 [50] is granted. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.