**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HEAVY & GENERAL LABORERS' LOCAL 472 & 172 PENSION AND ANNUITY FUNDS et al., individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>FIFTH THIRD BANCORP, GREG D. CARMICHAEL, and TAYFUN TUZUN,<br><br>           Defendants. | Case No. 1:20-cv-02176<br><br>District Judge Sara L. Ellis |

**MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED COMPLAINT**

Defendants Fifth Third Bancorp, Greg D. Carmichael, and Tayfun Tuzun (collectively "Defendants"), by and through their counsel, respectfully move this Court to dismiss Plaintiff's Consolidated Complaint for Violations of the Federal Securities Laws, filed on September 14, 2020 (Dkt. 53), pursuant to the Private Securities Litigation Reform Act of 1995 and Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. In support of this Motion, Defendants submit the accompanying Memorandum of Law in Support and the exhibits thereto.

Dated: October 30, 2020          Respectfully submitted by:

/s/ Marcella L. Lape
Charles F. Smith
Marcella L. Lape
Elizabeth Simon
Daniel Scime
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 407-0700
Marcie.lape@skadden.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a copy of the foregoing Motion to Dismiss Plaintiff's Consolidated Complaint was filed on October 30, 2020, with the Clerk of Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

        */s/* Marcella L. Lape
Marcella L. Lape
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 407-0700
Marcie.lape@skadden.com

*Counsel for Defendants*