## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Lee Christakis, et al.

                            Plaintiff,

v.                                          Case No.: 1:20–cv–02176
                                            Honorable Sara L. Ellis

Fifth Third Bancorp, et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 7, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: The Court denies Lead Plaintiff Heavy & General Laborers' Local 472 & 172 Pension and Annuity Funds ("Lead Plaintiff") motion for reconsideration [67]. The Court gives Lead Plaintiff until 10/8/2021 to file an amended complaint. The Court strikes the status date set for 9/8/2021 and resets it to 10/21/2021 at 9:30 a.m. The parties should file a revised joint status report by 10/14/2021 and include a proposed briefing schedule if Defendants intend to file a motion to dismiss. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: (866) 434–5269, Access Code: 8087837. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Enter Order.Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.