IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEAVY & GENERAL LABORERS' LOCAL 472 & 172 PENSION AND ANNUITY FUNDS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANCORP, GREG D. CARMICHAEL, and TAYFUN TUZUN,<br><br>Defendants, | Case No. 20 C 2176<br>Judge Sara L. Ellis |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff
and against defendant
in the amount of
which ☐ includes       pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiffs shall recover costs from defendant.

☐ in favor of defendants
and against plaintiff

Defendant shall recover costs from plaintiff.

☒ other: case is dismissed

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion to dismiss.

Date:  5/24/2022                                     Thomas G. Bruton, Clerk of Court

                                                                  Amanda Scherer, Deputy Clerk